IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Re: | ) Chapter 7 Case No. 16-10250 |
| Jane Doe | ) |
| and | ) |
| Jane Roe | ) |
| Plaintiffs | ) Adversary Case No. 16-01058 |
| | ) Bankruptcy Judge Jessica Price Smith |
| vs. | ) |
| Dean Maynard Boland | ) |
| 1440 Lewis Drive | ) |
| Lakewood, Ohio 44107 | ) |
| Stephen D. Hobt | ) |
| Attorney for Defendant | ) |
| 1370 Ontario Street, Ste. 450 | ) |
| Cleveland, Ohio 44113 | ) |

## CERTIFICATE OF SERVICE AS TO SUMMONS, COMPLAINT, AND CASE MANAGEMENT ORDER

The Certificate of Service as to service of the Complaint, Summons and Order is attached hereto.

/s/ Sheldon Stein
Sheldon Stein (0007292)
Attorney for Plaintiff
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

Adversary Proceeding No. 16-01058-jps

## CERTIFICATE OF SERVICE

I, Kristine M. Pitts
of** 50 Public Square, Ste. 400, Cleveland, Ohio 44113
certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 21st day of April, 2016
I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on

Dean Maynard Boland          Stephen D. Hobt.

the defendant(s) in this proceeding, by [describe here the mode of service]

regular U.S. mail

the said defendant(s) at

1440 Lewis Drive          1370 Ontario Street, Ste. 450
Lakewood, Ohio 44107      Cleveland, Ohio 44113

certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/21/16          Kristine M. Pitts
            [Date]                [Signature]

50 Public Square, Ste. 400, Cleveland, Ohio 44113
** State mailing address