IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Re: | ) | Chapter 7 Case No. 16-10250 |
| | ) | |
| Jane Doe | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Jane Roe | ) | |
| | ) | |
| | ) | Adversary Case No. 16-01058 |
| Plaintiffs | ) | |
| | ) | Bankruptcy Judge Jessica Price Smith |
| vs. | ) | |
| | ) | |
| Dean Maynard Boland | ) | |
| 1440 Lewis Drive | ) | |
| Lakewood, Ohio 44107 | ) | |
| | ) | |
| Defendant | ) | |

## AMENDED
## CERTIFICATE OF SERVICE AS TO SUMMONS, COMPLAINT, AND CASE MANAGEMENT ORDER

The Certificate of Service as to service of the Complaint, Summons and Order is attached hereto.

/s/ Sheldon Stein
Sheldon Stein (0007292)
Attorney for Plaintiff
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

# Amended
## CERTIFICATE OF SERVICE

I, Kristine M. Pitts
of** 50 Public Square, Ste. 400, Cleveland, Ohio 44113
certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 21st day of April, 2016
I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on Alias

Dean Maynard Boland                    Stephen D. Hobt

the defendant(s) in this proceeding, by [describe here the mode of service]

regular U.S. mail

the said defendant(s) at

1440 Lewis Drive                       1370 Ontario Street, 450
Lakewood, Ohio 44107                   Cleveland, Ohio 44113

certify under penalty of perjury that the foregoing is true and correct.

Executed on  May 18, 2016            Kristine M. Pitts
             [Date]                   [Signature]

50 Public Square, Ste. 400, Cleveland, Ohio 44113
** State mailing address