United States Bankruptcy Court
Northern District of Ohio

Doe,
    Plaintiff

Boland,
    Defendant

Adv. Proc. No. 16-01058-jps

## CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug     Page 1 of 1     Date Rcvd: Dec 14, 2016
                    Form ID: pdf701     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
```
dft         +Dean Maynard Boland,   1440 Lewis Drive,   Lakewood, OH 44107-4826
pla         +Jane Doe,   c/o Peter Lora,   17506 Neff Road,   Cleveland, OH 44119-1968
pla         +Jane Roe,   c/o Victoria Bloom,   10217 Unity Avenue,   Cleveland, OH 44111-1269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
```
          Jonathan E. Rosenbaum    on behalf of Plaintiff Jane  Roe jerosenbaum@windstream.net
          Jonathan E. Rosenbaum    on behalf of Plaintiff Jane  Doe jerosenbaum@windstream.net
          Ohio Northern District Court    OHNDdb_ADR@ohnd.uscourts.gov
          Sheldon  Stein    on behalf of Plaintiff Jane  Doe ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Sheldon  Stein    on behalf of Plaintiff Jane  Roe ssteindocs@gmail.com,
           kristine@ex100.com;sheldon@steintrustee.com
          Stephen D. Hobt    on behalf of Defendant Dean Maynard Boland shobt@aol.com
```
     TOTAL: 6

**IT IS SO ORDERED.**

Dated:  14 December, 2016 02:02 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
Eastern Division

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| | CASE NO: 16-10250 |
| DEAN MAYNARD BOLAND | |
| Debtor. | |
| JANE DOE, et. al. | |
| Plaintiffs, | ADV. PROC. NO. 16-1058 |
| v. | JUDGE JESSICA E. PRICE SMITH |
| DEAN MAYNARD BOLAND | |
| Defendant. | |

### ORDER

Pursuant to the provisions of Rule 16.4-16.7 of the Local Rules for the United States District Court for the Northern District of Ohio, this adversary proceeding is hereby referred to the ADR Administrator for mediation.  See Local R. 16.6.  The Clerk of Court shall promptly provide notice to the ADR Administrator for the United States District Court for the Northern District of Ohio of this referral.

**IT IS SO ORDERED.**

cc:    Kenneth J. Hirz, Clerk of Court