No. 17-8019

In re: DEAN MAYNARD BOLAND,

    Debtor.

_____

JANE DOE; JANE ROE,

    Plaintiffs - Appellants,

v.

DEAN MAYNARD BOLAND,

    Defendant - Appellee.

**FILED**
Feb 13, 2019
DEBORAH S. HUNT, Clerk

BUCHANAN, DALES, and HUMPHREY, Bankruptcy Appellate Panel Judges.

# JUDGMENT

On Appeal from the United States Bankruptcy Court
for the Northern District of Ohio at Cleveland.

    This cause having been submitted upon the record of the bankruptcy court proceedings and the briefs and arguments of counsel, it is the judgment of the Bankruptcy Appellate Panel that the order of the Bankruptcy Court contained within its *Amended Memorandum of Opinion and Order* is REVERSED and VACATED. IT IS FURTHER ORDERED that the Bankruptcy Court shall enter judgment for Jane Doe and Jane Roe, consistent with the opinion filed contemporaneously with this judgment.

    **FOR THE PANEL**

_____
Deborah S. Hunt, Clerk